

United States District Court
Eastern District of California

| Guardian Alliance Technologies, Inc. | Case Number: 2:22-CV-01390-WBS-AC |

Plaintiff(s)

V.

Miller Mendel, Inc. and Tyler Miller

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Douglas J. Sorocco hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Guardian Alliance Technologies, Inc.

On 04/25/1997 (date), I was admitted to practice and presently in good standing in the Supreme Court of Oklahoma (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

James Davidson Enterprises, LLC v. Bolt Star, LLC; Case No. 21-cv-01091-KJM-DB
Date of application: 03/01/2022    Granted on 03/14/2022

Date: 08/09/2022          Signature of Applicant: /s/ Douglas J. Sorocco

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Douglas J. Sorocco |
| Law Firm Name: | Dunlap Codding, PC |
| Address: | 609 W. Sheridan Avenue |
| City: | Oklahoma City    State: OK    Zip: 73102 |
| Phone Number w/Area Code: | (405) 607-8600 |
| City and State of Residence: | Oklahoma City, OK |
| Primary E-mail Address: | dsorocco@dunlapcodding.com |
| Secondary E-mail Address: | litigation@dunlapcodding.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Robert D. Swanson / Daniel S. Stouder |
| Law Firm Name: | Boutin Jones Inc. |
| Address: | 555 Capitol Mall, Suite 1500 |
| City: | Sacramento    State: CA    Zip: 95814 |
| Phone Number w/Area Code: | (916) 321-4444    Bar # 162816 / 226753 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 10, 2022

*/s/ William B. Shubb/*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE