

# United States District Court
# Eastern District of California

Guardian Alliance Technologies, Inc.

Plaintiff(s)

v.

Miller Mendel, Inc. and Tyler Miller

Defendant(s)

Case Number: 2:22-CV-01390-WBS-AC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Evan W. Talley hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Guardian Alliance Technologies, Inc.

On 06/01/2010 (date), I was admitted to practice and presently in good standing in the Supreme Court of Oklahoma (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

James Davidson Enterprises, LLC v. Bolt Star, LLC; Case No. 21-cv-01091-KJM-DB
Application date: 12/06/2021     Granted: 12/09/2021

Date: 08/09/2022                Signature of Applicant: /s/ Evan W. Talley



**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Evan W. Talley |
| Law Firm Name: | Dunlap Codding, PC |
| Address: | 609 W. Sheridan Avenue |
| City: | Oklahoma City   State: OK   Zip: 73102 |
| Phone Number w/Area Code: | (405) 607-8600 |
| City and State of Residence: | Oklahoma City, OK |
| Primary E-mail Address: | etalley@dunlapcodding.com |
| Secondary E-mail Address: | litigation@dunlapcodding.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Robert D. Swanson / Daniel S. Stouder |
| Law Firm Name: | Boutin Jones Inc. |
| Address: | 555 Capitol Mall, Suite 1500 |
| City: | Sacramento   State: CA   Zip: 95814 |
| Phone Number w/Area Code: | (916) 321-4444   Bar # 162816 / 226753 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 10, 2022

*/s/ William B. Shubb/*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE