**BOUTIN JONES INC.**
Robert D. Swanson (CA Bar No. 162816)
Daniel S. Stouder (CA Bar No. 226753)
555 Capitol Mall, Suite 150
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Facsimile: (916) 441-7597
dstouder@boutinjones.com
rswanson@boutinjones.com

**DUNLAP CODDING PC**
Douglas J. Sorocco (*Pro Hac Vice*; OK. Bar 17347, Ill. ARDC 2381747);
Evan W. Talley (*Pro Hac Vice;* OK Bar 22923)
609 West Sheridan Avenue
Oklahoma City, OK 73102
Telephone: (405) 607-8600
Facsimile: (405) 607-8686
dsorocco@dunlapcodding.com
etalley@dunlapcodding.com

*Attorneys for Plaintiff*
*Guardian Alliance Technologies, Inc.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GUARDIAN ALLIANCE TECHNOLOGIES, INC., a California corporation;<br>Plaintiff,<br>vs.<br>MILLER MENDEL, INC., a Washington corporation; and TYLER MILLER, an individual;<br>Defendants. | **Case No.: 2:22-cv-01390-WBS-AC**<br><br>**STIPULATION AND ORDER ADJUSTING BRIEFING SCHEDULE FOR DEFENDANTS' SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS (Docket Nos. 11 and 12)** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS on October 11, 2022, Defendants filed both a Special Motion to Strike pursuant to California Code of Civil Procedure § 425.16 ("Anti-SLAPP Motion") (Docket No. 11) and a Motion to Dismiss (Docket No. 12), each with the same hearing date of January 9, 2023 at 1:30 p.m.;

WHEREAS a dispute has arisen regarding whether Plaintiff is entitled discovery in order to oppose Defendants' Anti-SLAPP Motion;

WHEREAS the parties have been unable to reach an agreement, and Plaintiff intends to file an ex parte application regarding the same;

WHEREAS the parties agree that in light of the ex parte application, it would be beneficial for the Court and the parties that the briefing schedule for Defendants' pending motions were modified;

WHEREAS the briefing scheduled for both Defendants' Anti-SLAPP Motion and Defendants' Motion to Dismiss (Docket Nos. 11 and 12) are modified as follows:

1. Plaintiff's deadline to file and serve an opposition brief to each motion is **November 11, 2022**;
2. Defendants' deadline to file and serve a reply brief in support of each motion is **December 1, 2022**; and
3. The hearing date for each motion remains **January 9, 2023 at 1:30 p.m.**, as scheduled.

IT IS SO STIPULATED.

Dated: October 21, 2022                   BOUTIN JONES INC.
                                          Attorneys at Law


                                          By:    /s/ Robert D. Swanson
                                                 Robert D. Swanson
                                                 Daniel S. Stouder

                                              *and*

                                          DUNLAP CODDING PC
                                          Douglas J. Sorocco
                                          Evan W. Talley

                                          Attorneys for Plaintiff
                                          Guardian Alliance Technologies, Inc.

Dated:  October 21, 2022

        BUCHALTER
        A Professional Corporation

        By:  /s/ Robert S. McWhorter
             Robert S. McWhorter
             Joshua M. Robbins
             Jarrett S. Osborne-Revis

        *and*

        RYLANDER & ASSOCIATES, PC
        Kurt M. Rylander

        Attorneys for Defendants
        Miller Mendel, Inc. and
        Tyler Miller

IT IS SO ORDERED.

Dated:  October 24, 2022

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER ADJUSTING BRIEFING SCHEDULE FOR DEFENDANTS' SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS   1277183.2