**BUCHALTER**
A Professional Corporation
Joshua M. Robbins (SBN: 270553)
18400 Von Karman, Suite 800
Irvine, CA 92612
(949) 224-6284
jrobbins@buchalter.com

Robert S. McWhorter (SBN: 226186)
Jarrett S. Osborne-Revis (SBN 289193)
500 Capitol Mall, Suite 1900
Sacramento, California 95814
(916) 899-1099
rmcwhorter@buchalter.com
josbornerevis@buchalter.com

**RYLANDER & ASSOCIATES PC**
Kurt M. Rylander (WA Bar 27819)
406 West 12th Street
Vancouver, WA 98660
(360) 750-9931
rylander@rylanerlaw.com

Attorneys for Defendants
**Miller Mendel, Inc. and
Tyler Miller**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GUARDIAN ALLIANCE TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MILLER MENDEL, INC., a Washington corporation; and TYLER MILLER, an individual,<br><br>Defendants. | Case No. 2:22-cv-01390-WBS-AC<br><br>**STIPULATION AND ORDER ADJUSTING BRIEFING SCHEDULE FOR DEFENDANTS' SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS** |

**STIPULATION AND ORDER ADJUSTING BRIEFING SCHEDULE**

Plaintiff Guardian Alliance Technologies, Inc. ("GAT") and Defendants Tyler Miller and Miller Mendel, Inc. ("MMI"), by and through their counsel of record, stipulate as follows:

1. On October 11, 2022, MMI filed two motions, a Special Motion to Strike under Code of Civil Procedure section 425.16 (Docket No. 11) and a Motion to Dismiss (Docket No. 12), and scheduled both motions for hearing on January 9, 2023, at 1:30 p.m.

2. On October 24, 2022, the Court entered an order approving the Parties' stipulation adjusting the Parties' briefing schedule on MMI's motions. The modified briefing schedule set (1) GAT's deadline to file and serve its oppositions to MMI's motions for November 11, 2022 and (2) MMI's deadline to file and serve its replies for December 1, 2022.

3. On November 14, 2022, GAT filed and served its oppositions to MMI's motions.

4. MMI's deadline to file and serve reply briefs for its motions is extended from December 1, 2022, to December 8, 2022. In exchange for this extension, if approved by the Court, MMI agrees not to object to the timeliness of GAT's oppositions to MMI's motions.

5. The hearing date for each motion remains **January 9, 2023, at 1:30 p.m.**, as scheduled.

**IT IS SO STIPULATED**.

Dated: November 25, 2022

BOUTIN JONES INC.
Attorneys at Law

By: /s/ Robert D. Swanson
Robert D. Swanson
Daniel S. Stouder

*and*

DUNLAP CODDING PC
Douglas J. Sorocco
Evan W. Talley

Attorneys for Plaintiff
Guardian Alliance Technologies, Inc.

Dated: November 25, 2022

BUCHALTER
A Professional Corporation

By: /s/ Jarrett S. Osborne-Revis
Robert S. McWhorter
Joshua M. Robbins
Jarrett S. Osborne-Revis

*and*

RYLANDER & ASSOCIATES, PC
Kurt M. Rylander

Attorneys for Defendants
Miller Mendel, Inc. and
Tyler Miller

**IT IS SO ORDERED.**

Dated: November 30, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER ADJUSTING BRIEFING SCHEDULE**