UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GUARDIAN ALLIANCE TECHNOLOGIES, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MILLER MENDEL, INC., a Washington corporation; and TYLER MILLER, an individual,<br><br>　　　　Defendants. | No. 2:22-cv-01390 WBS AC<br><br><u>ORDER</u> |

----oo0oo----

On December 8, 2022, the court stayed this action pending the outcome of cross-appeals to the Federal Circuit from a parallel case in the Eastern District of Texas.  (Docket No. 34.)  The parties represent that the Federal Circuit has issued a final decision in the appeals and request that the court lift the stay.  (Docket No. 35.)

IT IS THEREFORE ORDERED that the stay is hereby LIFTED.

IT IS FURTHER ORDERED that a status conference is hereby set for **February 24, 2025 at 1:30 p.m.** in Courtroom 5.

1

1  The parties shall file a Joint Status Report 30 days prior to the
2  status conference that shall discuss what the next steps in this
3  litigation are, including whether defendants intend to renew
4  their motions to dismiss and to strike; whether this court should
5  issue a pretrial scheduling order, and if so what dates the
6  parties desire and any other information required under Federal
7  Rule of Civil Procedure 26(f) (see Docket No. 6); whether the
8  parties wish this court to refer the matter for settlement
9  discussions, through either the court's Voluntary Dispute
10 Resolution Program or a settlement conference with a Magistrate
11 Judge; and any other matter of which the parties think the court
12 should be informed.
13 Dated:   December 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE