1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                 ----oo0oo----

11

12    GUARDIAN ALLIANCE TECHNOLOGIES,        No. 2:22-cv-01390 WBS AC
      INC.,
13
                      Plaintiff,
14                                            ORDER
          v.
15
      MILLER MENDEL, INC. and TYLER
16    MILLER,

17                    Defendants.

18
                                   ----oo0oo----
19

20            Per the parties' Joint Status Report (Docket No. 37)

21    and their discussion at the Status Conference on February 24,

22    2025, defendants' motion to dismiss and motion to strike are

23    hereby set for hearing on **April 28, 2025, at 1:30 p.m.** in

24    Courtroom 5.  Counsel for all parties shall personally appear at

25    the hearing, and no appearances via telephone or videoconference

26    will be allowed.  The court also sets the following deadlines:

27            Defendants shall file their motions on or before

28    **March 7, 2025.**

                                     1

1          Plaintiff shall file its opposition on or before

2   **April 7, 2025.**

3          Defendants shall file their reply on or before

4   **April 21, 2025.**

5          IT IS SO ORDERED.

6   Dated:  February 24, 2025

7                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE