UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GUARDIAN ALLIANCE TECHNOLOGIES, INC., a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MILLER MENDEL, INC., a Washington corporation; and TYLER MILLER, an individual;<br><br>Defendants. | Case No. 2:22-CV-01390-WBS-AC<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR ADMINISTRATIVE RELIEF TO ALTER BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF OKLAHOMA [DKT. 54]** |

Upon consideration of the Parties' Joint Motion for Administrative Relief to Alter the Briefing Schedule on Defendants' Motion to Transfer Venue to the Western District of Oklahoma ("Motion to Transfer") and for good cause shown, the Court GRANTS the motion and alters the briefing schedule on the Motion to Transfer as follows:

- Plaintiff's opposition to the Motion to Transfer shall be filed on or before June 20, 2025; and

- Defendants' reply in support of their Motion to Transfer shall be filed on or before July 7, 2025.

It is SO ORDERED.

Dated: June 18, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1