UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GUARDIAN ALLIANCE TECHNOLOGIES, INC., a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MILLER MENDEL, INC., a Washington corporation; and TYLER MILLER, an individual;<br><br>Defendants. | Case No. 2:22-CV-01390-WBS-AC<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR ADMINISTRATIVE RELIEF TO ALTER BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO BIFURCATE TRIAL ISSUES [DKT. 74]** |

Upon consideration of the Parties' Joint Motion for Administrative Relief to Alter the Briefing Schedule on Defendants' Motion to Bifurcate Trial Issues ("Motion to Bifurcate") and for good cause shown, the Court GRANTS the motion and alters the briefing schedule on the Motion to Bifurcate as follows:

- Plaintiff's opposition to the Motion to Bifurcate shall be filed on or before December 5, 2025; and

- Defendants' reply in support of their Motion to Bifurcate shall be filed on or before

   December 19, 2025.

  It is SO ORDERED.

Dated:  November 26, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE