UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GUARDIAN ALLIANCE TECHNOLOGIES, INC., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>MILLER MENDEL, INC. and TYLER MILLER, <br><br>　　　　　Defendants. | No. 2:22-cv-1390 WBS AC <br><br><br><br>ORDER RELATING CASES |
| MILLER MENDEL, INC. and TYLER MILLER, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>GUARDIAN ALLIANCE TECHNOLOGIES, INC., <br><br>　　　　　Defendant. | No. 2:25-cv-3618 DAD AC |

----oo0oo----

　　　　Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve the same parties, are based on the same or similar

1

1  claims, and involve similar questions of law and fact.
2  Accordingly, the assignment of the matters to the same judge is
3  likely to effect a saving of judicial effort and is also likely
4  to be convenient for the parties.
5         The parties should be aware that relating the cases
6  under Local Rule 123 merely has the result that both actions are
7  assigned to the same judge; no consolidation of the actions is
8  effected.  Under the regular practice of this court, related
9  cases are generally assigned to the judge to whom the first filed
10 action was assigned.
11        IT IS THEREFORE ORDERED that the actions denominated
12 Guardian Alliance Technologies, Inc. v. Miller Mendel Inc. and
13 Tyler Miller, Case No. 2:22-cv-1390 WBS AC, and Miller Mendel
14 Inc. and Tyler Miller v. Guardian Alliance Technologies, Inc.,
15 Case No. 2:25-cv-3618 DAD AC, be, and the same hereby are, deemed
16 related.  The case denominated Miller Mendel Inc. and Tyler
17 Miller v. Guardian Alliance Technologies, Inc., Case No. 2:25-cv-
18 3618 DAD AC, shall be reassigned to Judge WILLIAM B. SHUBB and
19 Judge ALLISON CLAIRE.  Any dates currently set in the reassigned
20 case only are hereby VACATED.  Henceforth, the captions on
21 documents filed in the reassigned case shall be shown as Miller
22 Mendel Inc. and Tyler Miller v. Guardian Alliance Technologies,
23 Inc., Case No. 2:25-cv-3618 WBS AC.
24        IT IS FURTHER ORDERED that the Clerk of the Court make
25 an appropriate adjustment in the assignment of cases to
26 compensate for this reassignment.
27        IT IS SO ORDERED.
28 Dated:  January 7, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE