UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GUARDIAN ALLIANCE TECHNOLOGIES, INC.,

              Plaintiff,

    v.

MILLER MENDEL, INC., and TYLER MILLER,

              Defendants.

No. 2:22-cv-01390 WBS AC

ORDER

----oo0oo----

Pursuant to the parties' Stipulation (Docket No. 93) submitted pursuant to the hearing on defendant's motion to bifurcate trial issues (Docket No. 74), the previous scheduling order (Docket No. 64) is modified as follows:

1. Discovery shall be bifurcated into two phases. The first phase shall be limited to the first four claims in the First Amended Complaint and any defenses thereto, and shall include (1) the validity and/or invalidity of all remaining claims of the '098 and '188 patents under 35 U.S.C. §§ 101, 102,

1

103, and 112; (2) the enforceability of those patent claims (including allegations of inequitable conduct); and (3) any additional issues reasonably necessary to resolves Claims 1-4, defenses thereto, and any necessary claim construction.

2. The second phase, directed to all remaining claims in the First Amended Complaint (Claims 5-11), is stayed pending further order of the court.  This phase includes, but is not limited to, all discovery concerning markets, alleged contracts and business opportunities, and damages.

3. The first phase of discovery shall proceed under the general discovery rules set forth in the Federal Rules of Civil Procedure, except that (1) each side may serve an additional twenty (20) interrogatories and (2) the parties will proceed with claim construction (and related discovery).

4. Per the parties' proposed schedule for claim construction, the court sets the following dates:

a. Defendants' invalidity contentions, identification or prior art, and production of supporting documents shall be served by **February 2, 2026.**

b. Proposed claim terms to be construed by the court shall be exchanged between the parties by **April 2, 2026.**

c. The parties shall meet and confer for purposes of limiting the terms in dispute by **April 30, 2026.**

d. The parties shall exchange tentative claim constructions for any term included in their April 2, 2026, exchange, with all intrinsic support, by **May 21, 2026.**

e. The parties shall exchange all extrinsic evidence by **May 28, 2026.**

f. Claim construction discovery shall close **June 10, 2026.**

g. The parties shall file their opening claim construction briefs, which shall be no more than 35 pages, by **July 13, 2026.**

h. Defendants shall serve their final invalidity contentions, identification or prior art, and production of supporting documents fourteen (14) days following the issuance of the court's claim construction order, if any should issue.

5. Expert disclosures and reports for the first phase of discovery shall be disclosed by **November 16, 2026.**

6. Rebuttal experts for the first phase of discovery shall be disclosed by **December 16, 2026.**

7. Fact discovery for the first phase of discovery shall be completed by **January 13, 2027.**

8. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **March 3, 2027.**

9. The final pretrial conference is scheduled for **May 17, 2027 at 1:30 p.m.**

10. The jury trial is set for **July 13, 2027 at 9:00 a.m.**

IT IS SO ORDERED.

Dated:   January 27, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE