**BOUTIN JONES INC.**
Robert D. Swanson (CA Bar No. 162816)
Daniel S. Stouder (CA Bar No. 226753)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 441-7597
Email: rswanson@boutinjones.com
         dstouder@boutinjones.com

**RYAN WHALEY PLLC**
Evan W. Talley (*Pro Hac Vice*)
400 North Walnut Avenue
Oklahoma City, OK 73104
T: (405) 239-6040
Email: etalley@ryanwhaley.com

**DUNLAP CODDING PC**
Douglas J. Sorocco (*Pro Hac Vice*)
609 West Sheridan Avenue
Oklahoma City, OK 73102
T: (405) 607-8600/F: (405) 607-8686
Email: dsorocco@dunlapcodding.com

*Attorneys for Plaintiff*
*Guardian Alliance Technologies, Inc.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GUARDIAN ALLIANCE TECHNOLOGIES, INC., a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MILLER MENDEL, INC., a Washington corporation; and TYLER MILLER, an individual;<br><br>Defendants. | **Case No. 2:22-CV-01390-WBS-AC**<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER (ECF NO. 94) RE: CLAIM CONSTRUCTION BRIEFING DEADLINE AND ORDER**<br><br>Judge: Hon. William B. Shubb<br>Magistrate Judge: Hon. Allison Claire |

## STIPULATION

Pursuant to Eastern District of California Local Rules 143 and 144, and Federal Rule of Civil Procedure 16(b)(4), Plaintiff Guardian Alliance Technologies, Inc. ("GAT") and Defendants Miller Mendel, Inc. and Tyler Miller (collectively, "MMI") (together, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

## RECITALS

WHEREAS, on January 28, 2026, the Court entered an Order (ECF No. 94) modifying the operative scheduling order in this action and bifurcating discovery into two phases;

WHEREAS, paragraph 4(g) of the Court's January 28, 2026 Order currently requires the Parties to file their opening claim construction briefs, not to exceed 35 pages, on or before July 13, 2026;

WHEREAS, certain depositions and other discovery relevant to claim construction will not be completed until July 8, 2026, such that the Parties require additional time to adequately prepare their opening claim construction briefs;

WHEREAS, counsel for the Parties have conferred and agree that good cause exists, pursuant to Federal Rule of Civil Procedure 16(b)(4), to extend the deadline for the Parties to file their opening claim construction briefs from July 13, 2026 to July 29, 2026;

WHEREAS, this is the Parties' first stipulated request to extend this particular deadline, and the requested extension will not affect any other deadline set forth in the Court's January 28, 2026 Order or the trial date in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel of record, subject to the approval of the Court, as follows:

1.    Paragraph 4(g) of the Court's January 28, 2026 Order (ECF No. 94) is modified solely to extend the deadline for the Parties to file their opening claim construction briefs, not to exceed 35 pages, from July 13, 2026 to July 29, 2026.

2.    All other deadlines, terms, and provisions set forth in the Court's January 28, 2026 Order (ECF No. 94) remain unchanged and in full force and effect.

**STIPULATION TO MODIFY
SCHEDULING ORDER; AND ORDER**

IT IS SO STIPULATED.

*Pursuant to Local Rule 131(e), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.*

DATED:  July 06, 2026                    DUNLAP CODDING
                                         A Professional Legal Corporation


                                         By:    /s/   Douglas J. Sorocco
                                              DOUGLAS J. SOROCCO
                                              Attorneys for Plaintiff


DATED:  July 06, 2026                    LEWIS BRISBOIS BISGAARD & SMITH LLP


                                         By:    /s/   Lawrence R. LaPorte
                                              LAWRENCE R. LAPORTE
                                              Attorneys for Defendants

3

**STIPULATION TO MODIFY**
**SCHEDULING ORDER; AND ORDER**

### ORDER

Pursuant to the Parties' Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that paragraph 4(g) of the Court's January 28, 2026 Order (ECF No. 94) is MODIFIED such that the Parties shall file their opening claim construction briefs, not to exceed 35 pages, on or before July 29, 2026, rather than July 13, 2026. All other deadlines and provisions set forth in the Court's January 28, 2026 Order (ECF No. 94) remain unchanged and in full force and effect.

IT IS SO ORDERED.

Dated:  July 7, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION TO MODIFY
SCHEDULING ORDER; AND ORDER**