**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN S. POULOS, SB# 154689
E-Mail: John.Poulos@lewisbrisbois.com
CAITLIN E. HIGGINS, SB# 298792
E-Mail: Caitlin.Higgins@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

LAWRENCE R. LAPORTE, SB# 130003
E-Mail: Lawrence.LaPorte@lewisbrisbois.com
CHARLES KERTELL, SB# 181214
E-Mail: Charles.Kertell@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

**RYLANDER & ASSOCIATES PC**
KURT M. RYLANDER, admitted pro hac vice
E-Mail: rylander@rylanderlaw.com
P.O. Box 250
Vancouver, WA 98666
Telephone: 360.750-9931

Attorneys for Defendants
MILLER MENDEL, INC. and
TYLER MILLER

**BOUTIN JONES INC.**
Robert D. Swanson (CA Bar No. 162816)
Daniel S. Stouder (CA Bar No. 226753)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 441-7597
Email: rswanson@boutinjones.com
dstouder@boutinjones.com

**RYAN WHALEY PLLC**
Evan W. Talley (*Pro Hac Vice*)
400 North Walnut Avenue
Oklahoma City, OK 73104
T: (405) 239-6040
Email: etalley@ryanwhaley.com

**DUNLAP CODDING PC**
Douglas J. Sorocco (*Pro Hac Vice*)
609 West Sheridan Avenue
Oklahoma City, OK 73102
T: (405) 607-8600/F: (405) 607-8686
Email: dsorocco@dunlapcodding.com

Attorneys for Plaintiff
Guardian Alliance Technologies, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GUARDIAN ALLIANCE TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MILLER MENDEL, INC. and TYLER MILLER,<br><br>Defendants. | Case No. 2:22-cv-01390-WBS-AC<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF TO ALTER BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS [Dkt 105]** |

WHEREAS, Plaintiff filed a renewed Motion for Judgement on the Pleadings, on July 29, 2026 (Dkt 105);

AND WHEREAS, the current deadline for response by Defendants to Plaintiff's motion is August 12, 2026;

AND WHEREAS, key counsel for Defendants, Lawrence LaPorte, is out of country until August 11, 2026;

AND WHEREAS, Plaintiff and Defendants filed claim construction briefs on July 29, 2026 (Dkts 104 and 106);

AND WHEREAS, Counsel for the parties have conferred on July 31, 2026 and agree to an extension of the time to respond to Plaintiff's motion and for the reply to the response.

NOW THEREFORE, the parties have stipulated and hereby request that the deadline for Defendants' response to Plaintiffs motion (Dkt 105) be extended to September 3, 2026 and Plaintiffs' reply be extended to September 28, 2026.

DATED: August 11, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *_/s/ Caitlin E. Higgins_*
Caitlin E. Higgins

Attorneys for Defendants
MILLER MENDEL, INC. and TYLER MILLER

DATED: August 9, 2026 _

RYLANDER & ASSOCIATES PC
A Professional Corporation

By: /s/ Kurt M. Rylander (as authorized 8/9/26)
KURT M. RYLANDER
Attorneys for Defendants

DATED: August 9, 2026_

RYAN WHALEY PLLC

By: /s/Evan W. Talley (as authorized 8/9/26)
EVAN W. TALLEY
Attorneys for Plaintiff

**ORDER**

The Court, having reviewed the above stipulation, finds good cause for entry, and hereby enters this as an Order of the Court.

IT IS SO ORDERED.

Dated: August 12, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE