United States District Court
Eastern District of California

| | |
|---|---|
| Guardian Alliance Technologies, Inc. Plaintiff(s) | Case Number: 2:22-cv-01390-WBS-AC |
| V. | |
| Miller Mendel, Inc. and Tyler Miller Defendant(s) | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jessie Sadlon hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Guardian Alliance Technologies, Inc.

On 03/27/2025 (date), I was admitted to practice and presently in good standing in the Supreme Court of Oklahoma (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/21/2026 Signature of Applicant: /s/ Jessie Sadlon

Pro Hac Vice Attorney

Applicant's Name: Jessie Sadlon

Law Firm Name: Dunlap Codding, PC

Address: 609 W. Sheridan Avenue

City: Oklahoma City State: OK Zip: 73102

Phone Number w/Area Code: (405) 607-8600

City and State of Residence: Oklahoma City, OK

Primary E-mail Address: jsadlon@dunlapcodding.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Robert D. Swanson/Daniel S. Stouder

Law Firm Name: Boutin Jones, Inc.

Address: 555 Capitol Mall, Suite 1500

City: Sacramento State: CA Zip: 95814

Phone Number w/Area Code: (916) 321-4444 Bar # 162816

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 24, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE