UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GUARDIAN ALLIANCE TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MILLER MENDEL, INC. and TYLER MILLER,<br><br>Defendants. | No. 2:22-cv-01390 WBS AC<br><br>ORDER |

----oo0oo----

The parties are notified that, given plaintiff's pending motion for judgment on the pleadings (Docket No. 105) and defendants' pending motion to dismiss (Docket No. 125), it would be premature for the court to address the parties' claim construction dispute prior to the resolution of these pending motions. The court will accordingly not address the parties' claim construction dispute -- including the issue of whether a Markman hearing will be held -- until after the pending motions are decided.

IT IS SO ORDERED.

Dated: October 21, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE