**BOUTIN JONES INC.**
Robert D. Swanson (CA Bar No. 162816)
Daniel S. Stouder (CA Bar No. 226753)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 441-7597
Email: rswanson@boutinjones.com
dstouder@boutinjones.com

**RYAN WHALEY PLLC**
Evan W. Talley (*Pro Hac Vice*)
400 North Walnut Avenue
Oklahoma City, OK 73104
T: (405) 239-6040
Email: etalley@ryanwhaley.com

**DUNLAP CODDING PC**
Douglas J. Sorocco (*Pro Hac Vice*)
609 West Sheridan Avenue
Oklahoma City, OK 73102
T: (405) 607-8600/F: (405) 607-8686
Email: dsorocco@dunlapcodding.com

*Attorneys for Plaintiff*
*Guardian Alliance Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GUARDIAN ALLIANCE TECHNOLOGIES, INC., a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MILLER MENDEL, INC., a Washington corporation; and TYLER MILLER, an individual;<br><br>Defendants. | **Case No. 2:22-CV-01390-WBS-AC**<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER (ECF NO. 94) RE: REMAINING PRETRIAL DEADLINES**<br><br>Judge: Hon. William B. Shubb<br>Magistrate Judge: Hon. Allison Claire |

**STIPULATION**

Pursuant to Eastern District of California Local Rules 143 and 144, and Federal Rule of Civil Procedure 16(b)(4), Plaintiff Guardian Alliance Technologies, Inc. ("GAT") and Defendants Miller Mendel, Inc. and Tyler Miller (collectively, "MMI") (together, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, on January 28, 2026, the Court entered an Order (ECF No. 94) modifying the scheduling order in this action and bifurcating discovery into two phases;

WHEREAS, on July 29, 2026, GAT filed its Renewed Motion for Judgment on the Pleadings Under Fed. R. Civ. P. 12(c) (ECF No. 105) ("Renewed 12(c) Motion"), and such Renewed 12(c) Motion was fully briefed as of September 28, 2026 (ECF Nos. 117 and 122);

WHEREAS, following the completion of briefing on the Renewed 12(c) Motion but prior to the hearing on the same, MMI filed a Notice of Filing of Covenant Not to Sue Regarding U.S. Patent 10,043,188 (ECF No. 123);

WHEREAS, the hearing on the Renewed 12(c) Motion was held on October 13, 2026 (ECF No. 124), at which MMI represented to the Court that it would present its previously lodged Covenant Not to Sue through a motion to dismiss;

WHEREAS, on October 14, 2026, MMI filed a Motion to Dismiss the Fourth Claim for Relief for Lack of Subject-Matter Jurisdiction (ECF No. 125) ("Motion to Dismiss") and set the same for hearing on November 23, 2026;

WHEREAS, the Court subsequently issued an order that it will not decide the Renewed 12(c) Motion until MMI's Motion to Dismiss is fully briefed, heard, and decided (ECF No. 126);

WHEREAS, the Court's decision on the Motion to Dismiss and the Renewed 12(c) Motion will necessarily come after the Parties' current deadline, i.e. November 16, 2026, for expert disclosures and reports for the first phase of discovery (ECF No. 94, ¶ 5) and the Court's ruling on those motions will affect the scope of the Parties' expert disclosures and scope of the issues for the first phase of discovery, such that the Parties require additional time to prepare their expert disclosures for the first phase of discovery;

WHEREAS, counsel for the Parties have conferred and agree that good cause exists, pursuant to Federal Rule of Civil Procedure 16(b)(4), to extend the remaining deadlines for the first phase of discovery;

WHEREAS, this is the Parties' first stipulated request to extend the remaining pretrial deadlines, and the requested extension will not affect the current dates of the final pretrial conference and jury trial;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel of record, subject to the approval of the Court, as follows:

1. Paragraph 5 of the Court's January 28, 2026 Order (ECF No. 94) is modified to extend the deadline for expert disclosures and reports for the first phase of discovery from November 16, 2026, to December 23, 2026;

2. Paragraph 6 of the Court's January 28, 2026 Order (ECF No. 94) is modified to extend the deadline for rebuttal expert disclosures and reports for the first phase of discovery from December 16, 2026, to January 29, 2027;

3. Paragraph 7 of the Court's January 28, 2026 Order (ECF No. 94) is modified to extend the deadline for fact discovery for the first phase of discovery from January 13, 2027, to February 26, 2027;

4. Paragraph 8 of the Court's January 28, 2026 Order (ECF No. 94) is modified to extend the deadline for all motion, except motions for continuances, temporary restraining orders, or other emergency applications, from March 3, 2027, to April 2, 2027;

5. The current Final Pretrial Conference date of May 17, 2027, at 1:30 p.m., and the current Jury Trial date of July 13, 2027, at 9:00 a.m., in the Court's January 28, 2026 Order (ECF No. 94) remain unchanged.

IT IS SO STIPULATED.

*Pursuant to Local Rule 131(e), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.*

DATED: November 5, 2026

RYAN WHALEY
A Professional Limited Liability Company

By: /s/ Evan W. Talley
EVAN W. TALLEY
Attorneys for Plaintiff

DATED: November 5, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Lawrence R. LaPorte
LAWRENCE R. LAPORTE
Attorneys for Defendants

**ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that paragraphs 5–8 of the Court's January 28, 2026 Order (ECF No. 94) are MODIFIED as follows:

1. Paragraph 5 of the Court's January 28, 2026 Order (ECF No. 94) is modified to extend the deadline for expert disclosures and reports for the first phase of discovery from November 16, 2026, to December 23, 2026;
2. Paragraph 6 of the Court's January 28, 2026 Order (ECF No. 94) is modified to extend the deadline for rebuttal expert disclosures and reports for the first phase of discovery from December 16, 2026, to January 29, 2027;
3. Paragraph 7 of the Court's January 28, 2026 Order (ECF No. 94) is modified to extend the deadline for fact discovery for the first phase of discovery from January 13, 2027, to February 26, 2027;
4. Paragraph 8 of the Court's January 28, 2026 Order (ECF No. 94) is modified to extend the deadline for all motion, except motions for continuances, temporary restraining orders, or other emergency applications, from March 3, 2027, to April 2, 2027;

All other deadlines and provisions set forth in the Court's January 28, 2026 Order (ECF No. 94) remain unchanged.

IT IS SO ORDERED.

Dated: November 5, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE